UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-9-16

ELORY FLORES, *et al.*,

                Plaintiffs,

v.

CHIRPING CHICKEN NYC INC. (d/b/a CHIRPING CHICKEN), *et al.*,

                Defendants.

14-cv-1594

**ORDER**

    Magistrate Judge Freeman has recommended that defendant Kalli Karalexis be found in default and that plaintiffs be granted leave to move for a default judgment against her. No objections to Magistrate Judge Freeman's Report and Recommendation ("R&R") have been received, and the court finds no clear error in the R&R. The R&R is thus adopted in its entirety. The Clerk of Court is directed to enter default against defendant Karalexis and plaintiffs are granted leave to move for a default judgment against Karalexis.

1

SO ORDERED.

Dated: New York, New York
       June 9, 2016

*Thomas P. Griesa*

---

Thomas P. Griesa
U.S. District Judge